# UNITED STATES DISTRICT COURT
## District of Minnesota

Miguel Angel Echeverria Barahona

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Joel Brott

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: **26-630 DSD/DLM**

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject 8 U.S.C. § 1226;
2. Petitioner must be immediately released from detention under 8 U.S.C. § 1226(a), as he was arrested without a warrant and is not alleged to have committed any crime;
3. Upon petitioner’s release, respondents shall return to him any employment authorization documentation and any other identification documentation seized on his arrest.

Date: 1/29/2026

KATE M. FOGARTY, CLERK